UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X

MARISOL ORDONEZ VARGAS,                                             Case 7:25-cv-03925-PMH

                                    Plaintiff(s),

        -against-

UNITED STATES OF AMERICA,                                           **AFFIDAVIT OF SERVICE**

                                    Defendant(s)
--------------------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF PUTNAM: SS:

        Elijah Hawthorne, being duly sworn, deposes and states that deponent is not a party herein, is over 18 years of age and resides in the State of New York. On **May 27, 2025** at **3:21 pm** at **50 Main Street, White Plains, NY 10606** deponent served the within:

| **X SUMMONS** | **X INDIVIDUAL PRACTICES IN CIVIL CASES** | ☐ | ☐ |
| **X COMPLAINT** | **X ELECTRONIC CASE FILING RULES & INSTRUCTION** | ☐ | ☐ |

on **UNITED STATES OF AMERICA ℅ UNITED STATES ATTORNEY'S OFFICE, Third-Party Defendant(s).**

☐ Individual: By delivering a true copy of the same to the defendant personally; and deponent knew the person so served to be the person described as said defendant.

☐ Suitable Age Person: By delivering at the above address a true copy of the same to _____ a person who is of suitable age and discretion. Said premises is: ☐ the actual place of business abode or dwelling house or usual place of abode, within this state, and by

X Corporation: A domestic/municipal corporation by delivering thereat a true copy of same to Officer Perez, personally, and deponent knew said corporation so served to be the corporation described in same and knew said individual to be the Security Officer thereof.

☐ Mailing: Deponent also enclosed a true copy of the same in a post-paid sealed envelope marked personal and confidential properly addressed to the above named at the above address by First Class Mail in a post office or official depository under the exclusive care of the United States Postal Service within the time allowed by law.

Description: The person referred to is described as follows:

| X Male | X White Skin | ☐ Black Hair | ☐ 14-20 Yrs | ☐ Under 5'3" | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☐ Brown Hair | ☐ 21-35 Yrs | X 5'4"-5'8" | ☐ 100-130 Lbs. |
| | ☐ Brown Skin | ☐ Blonde Hair | ☐ 36 -50 Yrs. | ☐ 5'9"-6' | ☐ 131-160 Lbs. |
| | ☐ Yellow Skin | X Gray Hair | X 51-65 Yrs. | ☐ Over 6' | X 161- 200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Over 65 Yrs. | | ☐ Over 200 Lbs. |
| | ☐ Tan Skin | ☐ White Hair | | | |
| | | ☐ Bald | | | ☐ Facial Hair |

X Other Identifying Features: Person served verbally acknowledged he was authorized to accept service on the Defendant's behalf.
X Index Number/Date of Filing Endorsement _____.
☐ Military Service: Upon information and belief I aver that the recipient is not in military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

        I affirm this 30th day of April, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

                                    _____
                                    Elijah Hawthorne - Process Server
                                    **COMPLIANT PROCESS SERVICES**
                                    **COHEN & GREEN P.L.L.C.**

# USPS Tracking®

**FAQs** >

**Tracking Number:**

**Remove** ✕

# 9589071052700036605627

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 4:53 am on June 3, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

    **USPS Tracking Plus®**

## Delivered

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20530
June 3, 2025, 4:53 am

See All Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

| **Text & Email Updates** | ∨ |
|---|---|

| **USPS Tracking Plus®** | ∨ |
|---|---|

| **Product Information** | ∨ |
|---|---|

**See Less** ∧

Track Another Package

Enter tracking or barcode numbers

