AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| Marisol Ordonez Vargas | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    25 Civ. 3925(PMH) |
| United States Of America | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant                                                                                                    .

Date:     07/24/2025

/s/ Kamika S. Shaw
*Attorney's signature*

Kamika S. Shaw (5693841)
*Printed name and bar number*

U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street, Third Floor
New York, NY 10007

*Address*

Kamika.Shaw@usdoj.gov
*E-mail address*

(212) 637-2768
*Telephone number*

(212) 637-0032
*FAX number*