U.S. Department of Justice

*[Seal of the Department of Justice]*

_____ork

> Application granted.
>
> SO ORDERED.
>
> *[signature]*
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        July 24, 2025

**Via ECF**

The Honorable Philip M. [Halpern]
United States District Ju[dge]
Southern District of New [York]
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

    Re:    *Ordonez Vargas v. United States of America*, 25-cv-03925-PMH

Dear Judge Halpern:

    This Office represents the United States (the "Government") in connection with Plaintiff Marisol Ordonez Vargas's ("Plaintiff") claims brought pursuant to the Federal Tort Claims Act. I write respectfully to request a thirty-day extension of time, from July 28 to August 27, 2025, to file the Government's response to the Complaint.

    The extension sought will allow additional time to discuss the matter with Immigration and Customs Enforcement and gather information necessary to prepare the Government's response to the Complaint. This is the Government's first request for an extension of time, and Plaintiff consents to this request.

    I thank the Court for its consideration of this request.

                                    Respectfully,

                                    JAY CLAYTON
                                    United States Attorney

                By:     /s/ *Kamika S. Shaw*
                        Kamika S. Shaw
                        Assistant United States Attorney
                        86 Chambers Street, Third Floor
                        New York, New York 10007
                        Tel.: (212) 637-2768
                        Email: Kamika.Shaw@usdoj.gov

cc: Plaintiff's counsel (via ECF)