

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 24, 2025

**Via ECF**
The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

    Re:    *Ordonez Vargas v. United States of America*, 25-cv-03925-PMH

Dear Judge Halpern:

    This Office represents the United States (the "Government") in connection with Plaintiff Marisol Ordonez Vargas's ("Plaintiff") claims brought pursuant to the Federal Tort Claims Act. I write respectfully to request a twenty-one-day extension of time, from August 27, 2025 to September 17, 2025, to file the Government's response to the Complaint.

    The extension sought will allow the Government additional time it needs to discuss the matter with Immigration and Customs Enforcement and gather information necessary to prepare the Government's response to the Complaint. Agency counsel is working diligently to gather information but is facing delays due to staff absences. This is the Government's second request for an extension of time, and Plaintiff consents to this request.

    I thank the Court for its consideration of this request.

    Respectfully,

    JAY CLAYTON
    United States Attorney

By:    /s/ *Kamika S. Shaw*
    Kamika S. Shaw
    Assistant United States Attorney
    86 Chambers Street, Third Floor
    New York, New York 10007
    Tel.: (212) 637-2768
    Email: Kamika.Shaw@usdoj.gov

cc: Plaintiff's counsel (via ECF)