UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARISOL ORDONEZ VARGAS,

                Plaintiff,

-against-

UNITED STATES OF AMERICA.

                Defendant.

ORDER

25-CV-03925 (PMH)

PHILIP M. HALPERN, United States District Judge:

On September 29, 2025, the Court scheduled a pre-motion conference for October 22, 2025 at 10:00 a.m. regarding Defendant's request for leave to file a motion to dismiss (Doc. 18). On October 2, 2025, Chief Judge Swain filed an Amended Standing Order staying certain civil cases pending the restoration of Department of Justice funding. In light of the Amended Standing Order, the pre-motion conference on October 22, 2025 is adjourned sine die. Defendant is directed to contact the Court to reschedule the pre-motion conference upon the restoration of Department of Justice funding.

SO ORDERED.

Dated: White Plains, New York
         October 21, 2025

_____
PHILIP M. HALPERN
United States District Judge