

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 23, 2026

**Via ECF**
The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

    Re:    *Ordonez Vargas v. United States of America*, 25-cv-03925-PMH

Dear Judge Halpern:

    This Office represents the United States (the "Government") in connection with Plaintiff Marisol Ordonez Vargas's ("Plaintiff") claims brought pursuant to the Federal Tort Claims Act. I write pursuant to the Court's January 7, 2026 Order directing the Government to inform the Court whether it is proceeding with its anticipated motion to dismiss or file an answer. In light of Plaintiff's Amended Complaint, filed on January 21, 2026, the Government intends to file an answer on February 6, 2026.

    I thank the Court for its attention to this matter.

                                Respectfully,

                                JAY CLAYTON
                                United States Attorney

By:     /s/ *Kamika S. Shaw*
            Kamika S. Shaw
            Assistant United States Attorney
            86 Chambers Street, Third Floor
            New York, New York 10007
            Tel.: (212) 637-2768
            Email: Kamika.Shaw@usdoj.gov

cc: Plaintiff's counsel (via ECF)