

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

February 4, 2026

**Via ECF**
The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

      Re:    *Ordonez Vargas v. United States of America*, 25-cv-03925-PMH

Dear Judge Halpern:

      This Office represents the United States (the "Government") in connection with Plaintiff Marisol Ordonez Vargas's ("Plaintiff") claims brought pursuant to the Federal Tort Claims Act. I write respectfully to request a two-week extension of the deadline for the Government to file its response to the Amended Complaint from February 6, 2026 to February 20, 2026.

      The extension sought will allow the undersigned additional time to discuss the matter with Immigration and Customs Enforcement personnel and gather information necessary to prepare the Government's response to the Amended Complaint. The additional time sought will also allow the parties to explore a possible resolution of this matter. This is the Government's first request for an extension of time, and Plaintiff consents to this request.

      I thank the Court for its consideration of this request.

                                          Respectfully,

                                          JAY CLAYTON
                                          United States Attorney

                By:      /s/ *Kamika S. Shaw*
                          Kamika S. Shaw
                          Assistant United States Attorney
                          86 Chambers Street, Third Floor
                          New York, New York 10007
                          Tel.: (212) 637-2768
                          Email: Kamika.Shaw@usdoj.gov

cc: Plaintiff's counsel (via ECF)