

U.S. Department of Justice

> Application granted.
>
> The Clerk of Court is respectfully requested to terminate the letter-motion pending at Doc. 24.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         February 5, 2026

**Via ECF**
The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

Re:   *Ordonez Vargas v. United States of America*, 25-cv-03925-PMH

Dear Judge Halpern:

    This Office represents the United States (the "Government") in connection with Plaintiff Marisol Ordonez Vargas's ("Plaintiff") claims brought pursuant to the Federal Tort Claims Act. I write respectfully to request a two-week extension of the deadline for the Government to file its response to the Amended Complaint from February 6, 2026 to February 20, 2026.

    The extension sought will allow the undersigned additional time to discuss the matter with Immigration and Customs Enforcement personnel and gather information necessary to prepare the Government's response to the Amended Complaint. The additional time sought will also allow the parties to explore a possible resolution of this matter. This is the Government's first request for an extension of time, and Plaintiff consents to this request.

    I thank the Court for its consideration of this request.

                        Respectfully,

                        JAY CLAYTON
                        United States Attorney

By:     */s/ Kamika S. Shaw*
        Kamika S. Shaw
        Assistant United States Attorney
        86 Chambers Street, Third Floor
        New York, New York 10007
        Tel.: (212) 637-2768
        Email: Kamika.Shaw@usdoj.gov

cc: Plaintiff's counsel (via ECF)