

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 18, 2026

**Via ECF**
The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

    Re:    *Ordonez Vargas v. United States of America*, 25-cv-03925-PMH

Dear Judge Halpern:

    This Office represents the United States (the "Government") in connection with Plaintiff Marisol Ordonez Vargas's ("Plaintiff") claims brought pursuant to the Federal Tort Claims Act. I write respectfully to request a 30-day extension of time, from February 20, 2026 to March 23, 2026 to file the Government's response to the Amended Complaint.

    The extension sought will allow additional time for the parties to continue to explore a possible resolution of this matter. This is the Government's second request for an extension of time, and Plaintiff consents to this request.

    I thank the Court for its consideration of this request.

                        Respectfully,

                        JAY CLAYTON
                        United States Attorney

By:    /s/ *Kamika S. Shaw*
          Kamika S. Shaw
          Assistant United States Attorney
          86 Chambers Street, Third Floor
          New York, New York 10007
          Tel.: (212) 637-2768
          Email: Kamika.Shaw@usdoj.gov

cc: Plaintiff's counsel (via ECF)