

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 23, 2026

**Via ECF**
The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

**Re:**    ***Ordonez Vargas v. United States of America***, **25-cv-03925-PMH**

Dear Judge Halpern:

This Office represents the United States (the "Government") in connection with Plaintiff Marisol Ordonez Vargas's ("Plaintiff") claims brought pursuant to the Federal Tort Claims Act.  I write respectfully to request an extension of the deadline for the Government to respond to the Amended Complaint, from March 23, 2026, until 30 days after the date on which funding is restored to the United States Department of Homeland Security ("DHS").

As the Government noted in its February 4 and February 18, 2026 letters (ECF Nos. 24, 26), the parties have been discussing a potential resolution of this matter without further litigation. However, appropriations for the DHS, including its component U.S. Immigration and Customs Enforcement ("ICE"), lapsed on February 13, 2026.  Due to the ongoing lapse in appropriations, DHS is unable to incur any new financial obligations at this time.  Accordingly, the undersigned has been advised that ICE is unable to consider and approve any proposed settlements for the duration of the lapse in appropriations.  In light of the foregoing, the Government requests an extension of time until 30 days after the date on which DHS funding is restored, which will afford the parties the time they need to determine whether a settlement is possible.

This is the Government's third request for an extension of time, and Plaintiff consents to this request.

I thank the Court for its consideration of this request.[1]

Respectfully,

---

[1] The Government apologizes for the inadvertent delay in making this request.  The undersigned mistakenly believed this letter was filed to ECF on the evening of March 18, 2026.  After calling chambers on the morning of March 23, 2026, the undersigned realized this letter had not appeared on the docket.

JAY CLAYTON
United States Attorney

By:       /s/ *Kamika S. Shaw*

Kamika S. Shaw
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2768
Email: Kamika.Shaw@usdoj.gov

cc: Plaintiff's counsel (via ECF)