

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 22, 2026

**Via ECF**
The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

Re:    ***Ordonez Vargas v. United States of America***, 25-cv-03925-PMH

Dear Judge Halpern:

This Office represents the United States (the "Government") in the above-referenced action brought by Plaintiff Marisol Ordonez Vargas ("Plaintiff") under the Federal Tort Claims Act.  I write respectfully pursuant to the Court's March 24, 2026 Order requesting an update on the status of settlement negotiations.  ECF No 29.

As the Government noted in its March 23, 2026 letter, appropriations for the DHS, including its component U.S. Immigration and Customs Enforcement ("ICE"), lapsed on February 13, 2026.  At this time, funding has not been restored.  The undersigned has conferred with agency counsel and has been advised that DHS remains unable to incur any new financial obligations while appropriations are lapsed and as such, still cannot consider or approve any proposed settlements for the duration of the lapse in appropriations.  In light of the foregoing, while the Government remains amenable to resolving this matter without further litigation, it cannot move forward with considering or entering into any proposed settlement while the lapse in appropriations continues.

I thank the Court for its consideration of this request.

Respectfully,

JAY CLAYTON
United States Attorney

By:    ___/s/ *Kamika S. Shaw*_____
Kamika S. Shaw
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2768
Email: Kamika.Shaw@usdoj.gov

cc: Plaintiff's counsel (via ECF)