

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 26, 2026

| Application granted. |
| --- |
| SO ORDERED. |
| *[signature]* |
| Philip M. Halpern |
| United States District Judge |
| Dated: White Plains, New York |
| May 27, 2026 |

**Via ECF**
The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

Re:    *Ordonez Vargas v. United States of America*, 25-cv-03925-PMH

Dear Judge Halpern:

This Office represents the United States (the "Government") in the above-referenced action brought by Plaintiff Marisol Ordonez Vargas ("Plaintiff") pursuant to the Federal Tort Claims Act. I write respectfully in response to the Court's April 23, 2026 Order requesting an update on the status of settlement negotiations. ECF No 32.

As the Government noted in its March 23, 2026 and April 22, 2026 letters, appropriations for the Department of Homeland Security ("DHS"), including its component U.S. Immigration and Customs Enforcement ("ICE"), lapsed on February 13, 2026. On April 30, 2026, Congress enacted FY26 appropriations and thus DHS funding has been restored, with the exception of components of ICE and U.S. Customs and Border Patrol. The undersigned has conferred with agency counsel and has been advised that DHS is now able to consider any proposed settlements after not being able to do so for the duration of the lapse in appropriations. In light of the foregoing, the Government is now considering the possibility of resolving this case without the need for further litigation. The parties respectfully request leave to submit another status letter regarding settlement negotiation in 45 days on July 10, 2026.

I thank the Court for its consideration of this request.

Respectfully,

JAY CLAYTON
United States Attorney

By:      /s/ *Kamika S. Shaw*
Kamika S. Shaw
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2768

Email: Kamika.Shaw@usdoj.gov

cc: Plaintiff's counsel (via ECF)