

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 10, 2026

**Via ECF**
The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

     **Re:**    *Ordonez Vargas v. United States of America*, **25-cv-03925-PMH**

Dear Judge Halpern:

     This Office represents the United States (the "Government") in the above-referenced action brought by Plaintiff Marisol Ordonez Vargas ("Plaintiff") pursuant to the Federal Tort Claims Act. I write respectfully in response to the Court's May 26, 2026 Order requesting an update on the status of settlement negotiations. ECF No 34.

     As the Government reported in its May 26, 2026 letter, Congress restored DHS funding on April 30, 2026, which permitted DHS personnel to begin considering a potential resolution of this matter. DHS has since taken steps to do so and is now in the process of evaluating the terms of a potential settlement. More time is needed, however, for the parties to complete these discussions and potentially obviate the need for further litigation. Accordingly, the parties respectfully request leave to submit another letter updating the Court on the status of their settlement discussions in 30 days on August 10, 2026.

     I thank the Court for its consideration of this request.

              Respectfully,

              JAY CLAYTON
              United States Attorney

     By:      /s/ *Kamika S. Shaw*
              Kamika S. Shaw
              Assistant United States Attorney
              86 Chambers Street, Third Floor
              New York, New York 10007
              Tel.: (212) 637-2768
              Email: Kamika.Shaw@usdoj.gov

cc: Plaintiff's counsel (via ECF)