**U.S. Department of Justice**

_ew York_

**Via ECF**

The Honorable Philip M. H
United States District Judg
Southern District of New Y
The Hon. Charles L. Briea
Federal Building and Unite
300 Quarropas St.
White Plains, NY 10601

> Application granted. The parties are directed to submit a status update on settlement on or before August 10, 2026.
>
> Furthermore, in light of the conference held on January 7, 2026, any initial conference requirement is waived, and the parties are directed to meet and confer to prepare and file the attached proposed Civil Case Discovery Plan and Scheduling Order on or before July 20, 2026.
>
> SO ORDERED.
>
> _[signature]_
>
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>     July 13, 2026

Re:    _Ordonez V̶a̶_   PMH

Dear Judge Halpern:

This Office represents the United States (the "Government") in the above-referenced action brought by Plaintiff Marisol Ordonez Vargas ("Plaintiff") pursuant to the Federal Tort Claims Act. I write respectfully in response to the Court's May 26, 2026 Order requesting an update on the status of settlement negotiations. ECF No 34.

As the Government reported in its May 26, 2026 letter, Congress restored DHS funding on April 30, 2026, which permitted DHS personnel to begin considering a potential resolution of this matter. DHS has since taken steps to do so and is now in the process of evaluating the terms of a potential settlement. More time is needed, however, for the parties to complete these discussions and potentially obviate the need for further litigation. Accordingly, the parties respectfully request leave to submit another letter updating the Court on the status of their settlement discussions in 30 days on August 10, 2026.

I thank the Court for its consideration of this request.

Respectfully,

JAY CLAYTON
United States Attorney

By:    _/s/ Kamika S. Shaw_
    Kamika S. Shaw
    Assistant United States Attorney
    86 Chambers Street, Third Floor
    New York, New York 10007
    Tel.: (212) 637-2768
    Email: Kamika.Shaw@usdoj.gov

cc: Plaintiff's counsel (via ECF)

Case 7:25-cv-03925-PMH    Document 36    Filed 07/13/26    Page 2 of 5

*Revised May 2, 2022*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

                    Plaintiff(s),                    **CIVIL CASE DISCOVERY PLAN
                                                     AND SCHEDULING ORDER**

v.
                                                     _____CV_____(PMH)

                    Defendant(s).
-------------------------------------------------------X

This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel and any unrepresented parties, pursuant to Fed. R. Civ. P. 16 and 26(f):

1. All parties [consent] [do not consent] to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences. (If all parties consent, the remaining paragraphs of this form need not be completed and the parties shall file a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge (form AO 85) using the ECF Filing Event "Proposed Consent to Jurisdiction by US Magistrate Judge" prior to the Initial Pretrial Conference at which time such scheduled conference will be cancelled.)

2. This case [is] [is not] to be tried to a jury.

3. Amended pleadings may not be filed and additional parties may not be joined except with leave of the Court. Any motion to amend or to join additional parties shall be filed by _____. (Absent exceptional circumstances, 30 days from date of this Order.)

4. Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be completed by _____. (Absent exceptional circumstances, 14 days from date of this Order.)

5. Fact Discovery

   a. All fact discovery shall be completed by _____. (Absent exceptional circumstances, a period not to exceed 120 days from date of this Order.)

   b. Initial requests for production of documents shall be served by _____.

   c. Interrogatories shall be served by _____.

    d.  Non-expert depositions shall be completed by _____.

    e.  Requests to admit shall be served by _____.

    f.  Any of the interim deadlines in paragraphs 5(b) through 5(e) may be extended by the written consent of all parties without application to the Court, provided that all fact discovery is completed by the date set forth in paragraph 5(a).

6.  Expert Discovery

    a.  All expert discovery, including expert depositions, shall be completed by _____. (Absent exceptional circumstances, 45 days from date in paragraph 5(a); i.e., the completion of all fact discovery.)

    b.  Plaintiff's expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) shall be made by _____.

    c.  Defendant's expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) shall be made by _____.

    d.  The interim deadlines in paragraphs 6(b) and 6(c) may be extended by the written consent of all parties without application to the Court, provided that all expert discovery is completed by the date set forth in paragraph 6(a).

7.  Additional provisions required by Fed. R. Civ. P. 26(f) and agreed upon by the parties are attached hereto and made a part hereof.

8.  ALL DISCOVERY SHALL BE COMPLETED BY _____. (Absent exceptional circumstances, this date should align with the close of expert discovery.)

9.  The parties shall file a joint letter concerning settlement/mediation by _____. (Unless otherwise ordered by the Court, within 14 days after the close of fact discovery).

10.    a.  Counsel for the parties have discussed an informal exchange of information in aid of an early settlement of this case and have agreed upon the following:

_____

_____

_____

    b.  Counsel for the parties have discussed the use of the following alternate dispute resolution mechanisms for use in this case: (i) a settlement conference before a Magistrate Judge; (ii) participation in the District's Mediation Program; and/or (iii) retention of a privately retained mediator. Counsel for the parties propose the following alternate dispute resolution mechanism for this case: _____

_____

2

c.  Counsel for the parties recommend that the alternate dispute resolution mechanism designated in paragraph b, be employed at the following point in the case (e.g. within the next sixty days; after the deposition of plaintiff is completed (specify date); after the close of fact discovery)_____

_____

d.  The use of any alternative dispute resolution mechanism does not stay or modify any date in this Order.

11. All motions and applications shall be governed by the Court's Individual Practices, including the requirement of a pre-motion conference before a motion for summary judgment is filed.

12. Unless otherwise ordered by the Court, within 30 days after the date for the completion of discovery, or, if a dispositive motion has been filed, within 30 days after a decision on the motion, the parties shall submit to the Court for its approval a Joint Pretrial Order prepared in accordance with the Court's Individual Practices. The parties shall also comply with the Court's Individual Practices with respect to the filing of other required pretrial documents.

13. The parties have conferred and their present best estimate of the length of the trial is _____.

14. This Civil Case Discovery Plan and Scheduling Order may not be modified or the dates herein extended without leave of the Court or the assigned Magistrate Judge acting under a specific order of reference (except as provided in paragraphs 5(f) and 6(d) above).

15. The Magistrate Judge assigned to this case is the Honorable _____.

16. If, after the entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

17. The next case management conference is scheduled for _____ at _____. (The Court will set this date at the initial conference.)

Dated: White Plains, New York

_____

SO ORDERED:


_____

Philip M. Halpern
United States District Judge

3