**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 1, 2026

**Via ECF**
Hon. Victoria Reznik
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**Re: *Ordonez Vargas v. United States of America*, 25-cv-03925 (VR)**

Dear Judge Reznik:

This Office represents the United States (the "Government") in the above-referenced action brought by Plaintiff Marisol Ordonez Vargas ("Plaintiff") pursuant to the Federal Tort Claims Act. I write respectfully to request a two-week extension of the deadline for the parties to submit a letter regarding the status of the parties' settlement discussions in this matter, from October 9, 2026, to October 23, 2026. This extension is necessary because the undersigned will be out of the office for a pre-planned absence with limited internet access until October 19, 2026. This is the Government's first request for an extension of this deadline, and Plaintiff consents to this request.

I thank the Court for its consideration of this request.

Respectfully,

JAMES M. MCDONALD
United States Attorney

By: /s/ *Kamika S. Shaw*
Kamika S. Shaw
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2768
Email: Kamika.Shaw@usdoj.gov

cc: Plaintiff's counsel (via ECF)