**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 23, 2026

**Via ECF**
Hon. Victoria Reznik
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**Re: *Ordonez Vargas v. United States of America*, 25-cv-03925-PMH**

Dear Judge Reznik:

This Office represents the United States (the "Government") in the above-referenced action brought by Plaintiff Marisol Ordonez Vargas ("Plaintiff") pursuant to the Federal Tort Claims Act. I write respectfully in response to the Court's October 2, 2026 Order requesting an update on the status of settlement negotiations. ECF No 45. The Department of Homeland Security ("DHS") is still in the process of evaluating Plaintiff's settlement demand and the terms of a potential settlement. The parties are continuing to explore a potential settlement that would obviate the need for further litigation. The parties respectfully request leave to submit another letter updating the Court on the status of their settlement discussions in 30 days on November 23, 2026.

I thank the Court for its consideration of this request.

Respectfully,

JAY CLAYTON
United States Attorney

By: /s/ *Kamika S. Shaw*
Kamika S. Shaw
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2768
Email: Kamika.Shaw@usdoj.gov

cc: Plaintiff's counsel (via ECF)